# `FIRST AMENDMENT TO LICENSE AGREEMENT

This First Amendment to License Agreement ("**Amendment**") is effective the 16th day of March, 2009 ("**Effective Date**") between Let's Go Aero, Inc. a Colorado corporation located at 3380 N. El Paso St., Suite G, Colorado Springs, Colorado ("**LGA**") and Cequent Performance Products, Inc. f/k/a Cequent Towing Products, Inc., located at 47774 Anchor Court West, Plymouth MI 48170, on behalf of itself and its parent, subsidiaries, sister companies and any current or future related companies (collectively, "**Cequent**"). Capitalized terms used in this Amendment have the meaning given to them in the License Agreement effective January 2, 2008 between LGA and Cequent ("License Agreement").

LGA and Cequent desire to amend certain terms of the License Agreement as set forth in this Amendment and agree as follows:

**A.** Paragraph 1 of the License Agreement entitled **License Grant** is amended and replaced in its entirety as follows:

**1.    License Grant**

1.1    LGA grants to Cequent a worldwide limited exclusive license for the Licensed Technology and all improvements thereto developed, owned or controlled by LGA to make, manufacture, have made, use, import, offer for sale and sell the Licensed Products numbered 1, 2, 3 and 8 on Exhibit A (known as Pixie, Silent Hitch Pin, Gear Cage, and Gear Bed) under Cequent trademarks or trade names or such other brands as Cequent may determine in its sole discretion, for a period beginning as of the Effective Date and ending upon the expiration of the patents incorporating Products numbered 1, 2, 3 and 8 and Products numbered 4-7 on Exhibit A (known as Gear Deck, Gear Space, Twin Tube and Juice Box) remain exclusive up to and including January 2, 2010 (collectively, the "**Exclusive License**"). Cequent agrees to pay the "Extension Fee" set forth in and in accordance with the terms stated in **Exhibit C** attached to this Amendment and made part of it in its entirety as payment in full accord and satisfaction of the extension of the Exclusive License stated in this paragraph 1.1.

1.2    LGA grants to Cequent a non-exclusive license to make, manufacture, have made, use, import, offer for sale and sell the Licensed Products numbered 4-7 (collectively, the "**Non-Exclusive License**") under Cequent trademarks or trade names or such other brands as Cequent may determine in its sole discretion for a period beginning January 2, 2010 and ending upon the expiration of the patents incorporating Products 4-7 (the "**Non-Exclusive Period**"). The Parties acknowledge and agree that should LGA develop or design a Product during the Term (as defined below), LGA will grant to Cequent a worldwide limited exclusive license as stated in this paragraph 1 for the new Licensed Product, which exclusivity period will begin upon the execution of the signed addendum to Exhibit A and the exclusivity will end upon the expiration of one or more patents incorporated in the new Licensed Product thereafter (but only with regards to the expiring patent and the associated Licensed Products, all other Licensed Products related to non-expiring patents will remain exclusive), which license will also be designated as the "Exclusive License" as the term is used throughout this Agreement.

1.3 If Cequent fails to meet the minimum annual royalty payments set forth in **Exhibit C** calculated from the aggregate sales price for the Licensed Products ("**Minimum Annual Royalty Payments**") and fails to pay any shortfall to meet the Minimum Annual Royalty Payment within 90 days after the end of the applicable calendar year, LGA grants to Cequent a worldwide nonexclusive license for the Licensed Technology and all improvements thereto owned or controlled by LGA to make, manufacture, have made, use, import, offer for sale and sell the Licensed Products under Cequent trademarks or trade names or such other brands as Cequent may determine in its sole discretion, for a period beginning as of the expiration of any Exclusive License period through the expiration or cancellation of any patents (the "**Non-Exclusive Period**") covering the Licensed Technology and Products (the "**Non-Exclusive License**"). The Exclusive License(s) and the Non-Exclusive License(s) are collectively referred to in this Agreement as the "**License**".

1.4 Cequent shall have the right to grant sublicenses under this Agreement to third parties for the manufacture of the Licensed Product on behalf of Cequent, provided that Cequent requires such third party to enter into a nondisclosure agreement protecting the confidentiality of the Licensed Technology and the License. For a two year period beginning upon the expiration of any Exclusive License period for Licensed Products and for a period not greater than the first two years of any Non-Exclusive period, should LGA solicit direct sales of Licensed Products, LGA agrees to purchase exclusively from Cequent all required parts to manufacture and assemble the Licensed Products at the lowest price that Cequent gives to any other customer. All rights not specifically granted to Cequent under this Agreement shall be reserved to LGA.

**B.** Paragraph 3 of the License Agreement entitled **Royalties and Other Payments** is amended to add the following Section 3.5:

3.5 Cequent will purchase any remaining inventory of the Licensed Products as described in the table below in an amount in the aggregate not to exceed Sixty-Five Thousand and 00/100 U.S. Dollars ($65,000.00), provided that the inventory is delivered to Cequent in good, saleable condition and is subject to a full inspection and audit by Cequent. Should Cequent determine, in its sole discretion, that any of the inventory set forth in the table below is not saleable, LGA will arrange, at its sole expense, for the return of the inventory to LGA. After successful inspection by Cequent, Cequent will pay for the inventory as set forth in the table below.

| Product | Quantity | Price per Part | Maximum Total | Date of Pymt |
|---|---|---|---|---|
| Twin Tube for GearCage Basket | 375 | $78.45 | $29,418.75 | Payment in full for accepted Products to be made no later than April 30, 2009. |
| GearCage Basket (for use with Twin Tube) | 120 | $61.00 | $7,320.00 | Payment in full for accepted Products to be made no later than April 30, 2009. |

| Bulk Silent Hitch Pin | 9800 | $1.95 | $19,110.00 | Payment in full for accepted Products to be made no later than April 30, 2009. |
| --- | --- | --- | --- | --- |
| Class I Locking Silent Hitch Pin | 875 | $4.73 | $4,138.75 | Payment in full for accepted Products to be made no later than April 30, 2009. |
| Hand-Tightened Silent Hitch Pin | 2570 | $1.95 | $5,011.50 | Payment in full for accepted Products to be made no later than April 30 2009. |

**C.** **Governing Law.** This Amendment shall be governed by and interpreted and enforced in accordance with the laws of the state of Colorado without regard to its conflicts of laws principles. Any action or proceeding brought by either party against the other party arising out of or related to this Agreement shall be brought exclusively in a state or federal court of competent jurisdiction located in the state of Colorado.

**D.** **Entire Agreement.** This Amendment and the License Agreement, as amended, represents the entire understanding of the parties with respect to its subject matter and supersedes all previous representations, understandings or agreements, oral or written including any prior license agreements between the parties. For purposes of the validity and enforcement of this Agreement, any party's facsimile signature to the Agreement or signatures sent electronically via PDF format shall be considered original signatures.

The parties have caused this Amendment to be executed as of the Effective Date.

"LGA"

By: _____

Print Name: Marty L. Williams

Title: President & CEO

"Cequent"

By: _____

Print Name: Paul Caruso

Title: Vice President & General Manager

# EXHIBIT C

## MINIMUM ROYALTY PAYMENTS (AGGREGATE) TO MAINTAIN EXCLUSIVITY
### (Year end of 12/31 of each year)

| | |
|---|---|
| $50,000 (Extension fee – all others are Minimum Royalty Payments) | Extension Fee payable over 4 quarters. First quarterly payment to be no later than April 3, 2009; Second payment to be no later than July 3, 2009; Third payment to be no later than October 2, 2009; Fourth and final payment to be made no later than January 5, 2010 |
| $50,000 | Total annual 2010 Royalty (aggregate) to be paid no later than January 31, 2011. |
| $50,000 | Total annual 2011 Royalty (aggregate) to be paid no later than January 31, 2012. |
| $75,000 | Total annual 2012 Royalty (aggregate) to be paid no later than January 31, 2013. |
| $100,000 | Total annual 2013 Royalty (aggregate) to be paid no later than January 31, 2014. |
| $100,000 | Each subsequent year thereafter; total annual Royalty (aggregate) to be paid no later than January 31st of the following year. |